# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD TEAGLE,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| v. | : | No. 07-2805 |
| | : | |
| **DAVID DI GUGLIELMO,** *et al* | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this **18th** day of **October 2022**, upon consideration of Petitioner Gerald Teagle's Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) (ECF Nos. 36, 40) and the Response in Opposition (ECF No. 46), it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Petitioner's Motion to Continue the Stay (ECF No. 51) is **DENIED**.

Accordingly, the Clerk of Court shall remove this case from suspense and is instructed to close the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**